EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

DAVID LAU  3222
Special Assistant U.S. Attorney
Room 7-121, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50089
Honolulu, Hawaii  96850-4992
Telephone:  (808) 539-2874
Facsimile:  (808) 539-2883
E-mail:  David.L.Lau@irscounsel.treas.gov

Attorneys for the United States of America

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>GLENN PATRICK KAWAIKAPU AKIONA,<br><br>           Debtor. | BK. NO. 03-01876<br>(Chapter 11)<br><br>Hearing Date: March 12, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>Related Docket No. 162 |

## ORDER DISMISSING CASE WITH PREJUDICE

The hearing on the United States' Motion to Convert Case to One Under Chapter 7 or, Alternatively, to Dismiss with Prejudice ("Motion"), filed on August 15, 2006, was held on March 12, 2007.  On August 29, 2006, the Department of Taxation, State of Hawaii, joined the United States' motion.  On August 30, 2006, Debtor, through his attorney, filed an opposition to the United States' motion.  On October 26, 2006, Creditor Central Pacific Bank, through its attorney, filed a response to the United States' motion.

At the hearing on the motion, Jerrold K. Guben appeared for the Debtor, who was also present; Cori Ann C. Takamiya appeared for Central Pacific Bank; Cynthia M. Johiro, Deputy Attorney General, appeared on behalf of the Department of Taxation, State of Hawaii; and David Lau, Special Assistant United States Attorney, appeared on behalf of the United States.

For the reasons stated in open court pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE, meaning that the Debtor shall not receive in this case or any future bankruptcy case a discharge from any debt that was or could have been listed in this case.

DATED: APR 5 2007 , in Honolulu, Hawaii.

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM:

_____
JERROLD K. GUBEN
Attorney for Debtor

In re Glenn Patrick Kawaikapu Akiona, Bk. No. 03-01876 (Chapter 11), Order Dismissing Case With Prejudice

2

MARK J. BENNETT
Attorney General of Hawaii


By: /s/ Cynthia M. Johiro
CYNTHIA M. JOHIRO
Deputy Attorney General
Attorneys for the
  Department of Taxation,
  State of Hawaii


/s/ Cori Ann C. Takamiya
CORI ANN C. TAKAMIYA
Attorney for Central Pacific
  Bank

In re Glenn Patrick Kawaikapu Akiona, Bk. No. 03-01876
(Chapter 11), Order Dismissing Case With Prejudice

Notice List:

Glenn Patrick Kawaikapu Akiona
P.O. Box 61051
Honolulu, HI 96839

Jerrold K. Guben
Reinwald O'Connor & Playdon LLP
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, HI 96813

Cynthia M. Johiro
State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Cori Ann C. Takamiya
Kessner Duca Umebayashi Bain & Matsunaga
220 South King Street, 19th Floor
Honolulu, HI 96813

Cuyler Shaw
Ashford & Wriston
P.O. Box 131
Honolulu, HI 96810

Derek W.C. Wong
Stanton Clay Chapman Crumpton & Iwamura
700 Bishop Street, Suite 2100
Honolulu, HI 96813

Curtis B. Ching
Office of the U.S. Trustee
1132 Bishop Street, Suite 602
Honolulu, HI 96813

Howard M.S. Hu
1132 Bishop Street, Suite 301
Honolulu, HI 96813

David Lau
Special Assistant U.S. Attorney
Room 7-121, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50089
Honolulu, HI 96850-4992